UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Estate of JAMARI LAY, deceased, by CIARA FARRIS, Special Administrator; and CIARA FARRIS, Individually; | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO: |
| UNITED STATES OF AMERICA; | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COME the Plaintiffs, Estate of JAMARI LAY, deceased, by CIARA FARRIS, Special Administrator; and CIARA FARRIS, Individually; by and through their attorneys, SALVI, SCHOSTOK & PRITCHARD P.C.; and complaining of the Defendant, UNITED STATES OF AMERICA, state as follows:

### JURISDICTION AND VENUE

1. This action arises under the Federal Torts Claims Act, 28 U.S.C. §§2671 *et seq.*

2. The Plaintiffs, Estate of JAMARI LAY, deceased, by CIARA FARRIS, Special Administrator; and CIARA FARRIS, Individually (collectively "Plaintiffs"); have complied with Section 2675(a) of the Federal Tort Claims Act, and have exhausted their administrative remedies before filing this suit.

3. On November 1, 2012, Plaintiffs filed an administrative claim with the United States Department of Health and Human Services ("HHS") for the still birth of Ciara Farris's and Herbert Lay's child, Jamari Lay.

4.      On February 21, 2013, HHS denied the administrative claim. (*See* 2/21/13 Letter; attached as Ex. A.)

5.      The Plaintiffs have elected to file suit against the UNITED STATES OF AMERICA ("USA") in the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 2401(b).

6.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1346(b), in which the District Court shall have exclusive jurisdiction of civil actions on claims against the United States for money damages for personal injury by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the laws of the State of Illinois.

7.      Venue is proper under 28 U.S.C. §1391(b) because all of the acts and omissions forming the basis of this claim occurred in the Northern District of Illinois.

8.      On or about November 21, 2011 through November 23, 2011, and at all times material, Lawndale Christian Health Center ("LAWNDALE") was a healthcare facility located in Chicago, Cook County, Illinois, receiving grant money from the UNITED STATES PUBLIC HEALTH SERVICE, pursuant to 42 U.S.C. §233, as well as being the employer of various physicians, nurses and healthcare workers.

9.      On or about November 21, 2011 through November 23, 2011, and at all times material, Sandra Hoogland, M.D. ("DR. HOOGLAND"), was an agent, servant, and/or employee of LAWNDALE and USA.

10.     Defendant, USA, has been deemed the employer of DR. HOOGLAND and LAWNDALE, pursuant to 42 U.S.C. §233, for Federal Tort Claims Act purposes only (*See* Certification of Thomas P. Walsh; attached as Ex. B.)

**COUNT I**
**(Medical Negligence)**

11.     On or about November 21, 2011 through November 23, 2011, and at all times material, ST. ANTHONY HOSPITAL ("ST. ANTHONY") was an Illinois Not-for-Profit Corporation operating as a general hospital licensed by the State of Illinois in the City of Chicago, Illinois.

12.     On or about November 21, 2011 through November 23, 2011, and at all times material, DR. HOOGLAND was a physician licensed to practice medicine in the State of Illinois.

13.     On or about November 21, 2011 through November 23, 2011, and at all times material, LAWNDALE held itself out to the public generally as a provider of medical services.

14.     On or about November 21, 2011 through November 23, 2011, and at all times material, USA undertook to employ DR. HOOGLAND and LAWNDALE for the purpose of providing medical services to individuals like CIARA FARRIS.

15.     On or about November 21, 2011 through November 23, 2011, and at all times material, DR. HOOGLAND was a member of the staff of ST. ANTHONY.

16.     On or about November 21, 2011 through November 23, 2011, and at all times material, DR. HOOGLAND was a member of the staff of LAWNDALE.

17.     On November 21, 2011, CIARA FARRIS was admitted to the labor and delivery department of ST. ANTHONY.

18.     On November 23, 2011, DR. HOOGLAND and LAWNDALE provided medical care and treatment to CIARA FARRIS at ST. ANTHONY.

19.    While providing medical care and treatment to CIARA FARRIS, DR. HOOGLAND and LAWNDALE were doing so as an employees and agents of USA.

20.    While providing medical care and treatment to CIARA FARRIS, DR. HOOGLAND had a duty to possess and apply the knowledge and use the skill and care that a reasonably careful physician would use in the same or similar circumstances.

22.    Defendant, USA, by and through its employees and agents, DR. HOOGLAND and LAWNDALE, breached its duties and was negligent in one or more of the following respects:

(a) failed to recognize signs of fetal distress; and/or

(b) failed to deliver JAMARI LAY in a timely manner.

23.    As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of the Defendant, USA, by and through its employees and agents, DR. HOOGLAND and LAWNDALE, JAMARI LAY was stillborn on November 23, 2011.

24.    JAMARI LAY left surviving him his parents, Ciara Farris and Herbert Lay.

25.    The survivors of the decedent have suffered substantial pecuniary losses as a result of JAMARI LAY's death, including loss of society, companionship, love, and affection.

26.    Attached as Exhibit "C" is a copy of the Order appointing CIARA FARRIS as Special Administrator of the Estate of JAMARI LAY, deceased, entered by the Circuit Court of Cook County, Illinois.

27.    Attached as Exhibit "D" are the Certificate and an Attorney's Affidavit in compliance with 735 ILCS 5/2-622.

WHEREFORE, the Plaintiffs, Estate of JAMARI LAY, deceased, by CIARA FARRIS, Special Administrator; and CIARA FARRIS, Individually; demand judgment against Defendant UNITED STATES OF AMERICA, in a sum of money in excess of the jurisdictional limits of this Court that will fairly and adequately compensate the Plaintiffs for their losses.

Respectfully submitted,

By: _____

DAVID J. PRITCHARD
AARON D. BOEDER
SALVI, SCHOSTOK & PRITCHARD P.C.
218 North Martin Luther King Jr. Ave
Waukegan, IL, 60085
(847) 249-1227

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Estate of JAMARI LAY, deceased, by CIARA FARRIS, Special Administrator; and CIARA FARRIS, Individually; | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO: |
| | ) |
| UNITED STATES OF AMERICA; | ) |
| | ) |
| Defendant. | ) |

### 735 ILCS 5/2-622 ATTORNEY'S AFFIDAVIT

I, Aaron Boeder, being first duly sworn on oath, deposes and states as follows:

1. I am an one of the attorneys for the Plaintiffs in this cause;

2. I have consulted and reviewed the facts in this case with health professionals who I reasonably believe are knowledgeable in the relevant issues involved in this particular action, practice or have practiced within the last six years, or teach or have taught within the last six years in the same area of health care or medicine that is at issue in this particular action and are qualified by experience or demonstrated a competence in the subject of this case. That the reviewing health professionals have determined in a written report after a review of the medical records and other relevant medical materials involved in this particular action, that there is a reasonable and meritorious cause for the filing of this action. The affiant has concluded on the basis of the reviewing health professional's review and consultation that there is a reasonable and meritorious cause for the filing of this action.

3. The Plaintiffs had not previously voluntarily dismissed an action based upon the same or substantially same facts, omissions or occurrences.

FURTHER YOUR AFFIANT SAYETH NOT.

Aaron D. Boeder

SUBSCRIBED AND SWORN to before me
this _6th March_____, 2013.

NOTARY PUBLIC

OFFICIAL SEAL
GABRIELA SANTANA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/30/14

AARON D. BOEDER
SALVI, SCHOSTOK & PRITCHARD P.C. - #34560
218 N. Martin Luther King, Jr. Avenue
Waukegan, Illinois 60085
(847) 249-1227