# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Estate of Jamari Lay, et al.,

Plaintiff(s),

v.

United States of America,

Defendant(s).

Case No. 13-cv-01839
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: In favor of Plaintiffs and against Defendant United States of America in the amount of $978,780.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☒ tried by Judge Manish Shah without a jury and the above decision was reached.
☐ decided by Judge Manish Shah on a motion

Date: 1/14/2015

Thomas G. Bruton, Clerk of Court

s/Susan McClintic , Deputy Clerk